**Order entered February 4, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01219-CV

### LINA CAGGIANO-BOER, Appellant

### V.

### CORY SCOTT MILLER, Appellee

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-05935-2017**

## ORDER

Before the Court is appellant's February 3, 2020 motion requesting a fifteen-day extension of time to file her corrected opening brief. We **GRANT** the motion and **ORDER** the corrected brief be filed no later than February 19, 2020.

Appellee's brief shall be filed within thirty days of the filing of appellant's corrected brief.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE